UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-23320-CIV-MARTINEZ

DIANNA CRAVENER and CHRISTIANAH ADARAMAJA, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

SEDUCTION COSMETIC CENTER CORP.,

    Defendant.

_____/

**ORDER DENYING DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL**

    **THIS CAUSE** came before this Court on Defendant's Counsel's Unopposed Motion for Substitution of Counsel (the "Motion"), (ECF No. 27). Movants Kubs Lalchandani, Esq., and Daniel E. Davis, Esq., of the law firm Lalchandani Simon, PL, request that this Court authorize them to withdraw as counsel for Defendant Seduction Cosmetic Center Corp. and substitute Andrew G. Simon, Esq., and Nicholas M. Nash, Esq., of the law firm Cole, Scott & Kissane, P.A., in their stead. (*Id.* at 1.) Neither Mr. Simon nor Mr. Nash, however, have filed a notice of appearance as counsel on Defendant's behalf. Accordingly, it is

    **ORDERED AND ADJUDGED** that:

1. The Motion, (ECF No. 27), is **DENIED WITHOUT PREJUDICE**.
2. Should Defendant desire that Mr. Simon and Mr. Nash of the law firm Cole, Scott & Kissane, P.A. replace Mr. Lalchandani and Mr. Davis of the law firm Lalchandani Simon, PL, as its counsel of record, Mr. Simon and Mr. Nash **SHALL** first file with the Clerk their notice of appearance in the appropriate form.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 14 day of April, 2023.

                                                                 JOSE E. MARTINEZ
                                                                 UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record