UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-23320-CIV-MARTINEZ

DIANNA CRAVENER and CHRISTIANAH
ADARAMAJA individually and on behalf of
all others similarly situated,

    Plaintiffs,

v.

SEDUCTION COSMETIC CENTER CORP,

    Defendant.

_____/

## JOINT STATUS REPORT

Pursuant to the Court's Order, [DE 26], the parties file this joint status report, and state:

1. On March 31, 2023, Defendant's new (incoming) counsel, Cole, Scott & Kissane, P.A., informed Plaintiffs' counsel that they were retained to represent Defendant in the above referenced case.

2. Based on subsequent discussions between Plaintiffs' counsel and Defendant's new counsel, and Defendant's position that class data would not be provided in advance of the mediation, the Plaintiffs concluded that mediation on April 19, 2023 would not be fruitful at this stage.

3. As such, the Parties have agreed to the following schedule, pending the Court's approval:

    a. Plaintiffs shall file its amended consolidated complaint, to include Plaintiff Christianah Adaramaja by April 28, 2023.

    b. Defendant shall file a response by May 18, 2023.

Date: April 19, 2023

Respectfully Submitted,

**DAPEER LAW, P.A.**
Rachel N. Dapeer, Esq.
Florida Bar No. 108039
Email: rachel@dapeer.com
**Dapeer Law**
20900 N.E. 30th Ave., Suite 417
Aventura, FL 33180
Tel.: 305.610.5223

**Hiraldo P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713

**The Law Offices of Jibrael S. Hindi**
Jibrael S. Hindi
Florida Bar No. 118259
110 SE 6th Street, Suite 1744
Ft. Lauderdale, Florida 33301
*Counsel for Plaintiffs and the Proposed Class*


*/s/ Andrew G. Simon\**
Andrew G. Simon, Esquire
Nicholas M. Nash, Esquire
**Cole, Scott & Kissane, P.A.**
Email: Nicholas.NashII@csklegal.com;
Andrew.Simon@csklegal.com;
Magaly.Triana@csklegal.com

*\*Counsel for Defendant – Pending order by the Court granting substitution of counsel for Defendant.*