UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-23320-JEM

**DIANNA CRAVENER** and
**CHRISTIANAH ADARAMAJA**,
individually and
on behalf of all others similarly situated,   **CLASS ACTION**

  Plaintiff,   **JURY TRIAL DEMANDED**

v.

**SEDUCTION COSMETIC CENTER CORP**,

  Defendant.
_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Christianah Adaramaja and Dianna Cravener hereby provide notice of the following supplemental authority supporting arguments raised in their Response in Opposition to Defendant's Motion to Dismiss, [DE 44]: *Hall v. Smosh DOT Com, Inc.*, No. 22-16216, 2023 U.S. App. LEXIS 16623, at *18 (9th Cir. June 30, 2023) ("For the reasons discussed above, we hold that that the owner and subscriber of a cell phone listed on the Do-Not- Call Registry has Article III standing to bring claims under the TCPA for unsolicited calls or text messages directed to its number. Hall alleges that Defendants texted a phone number that she owned and subscribed to, contrary to the precise privacy expectations she vindicated by placing her number on the Do-Not-Call Registry. Nothing more is required. *Cf. Van Patten, 847 F.3d at 1043* ('A plaintiff alleging a violation under the TCPA 'need not allege any *additional* harm beyond the one Congress has identified.' (quoting *Spokeo, 578 U.S. at 342*))"). A copy of the opinion is attached as **Exhibit A**.

DATED: June 30, 2023

                                    Respectfully submitted,

                                    **HIRALDO P.A.**

                                    */s/ Manuel S. Hiraldo*
                                    Manuel S. Hiraldo, Esq.
                                    Florida Bar No. 030380
                                    401 E. Las Olas Boulevard
                                    Suite 1400
                                    Ft. Lauderdale, Florida 33301
                                    Email: mhiraldo@hiraldolaw.com
                                    Telephone: 954.400.4713