UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 1:22-cv-23320-JEM

DIANNA CRAVENER and
CHRISTIANAH ADARAMAJA,
individually and on behalf of all,
others similarly situated,

    Plaintiffs,

v.

SEDUCTION COSMETIC CENTER CORP.,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before this Court on Plaintiffs' Notice of Dismissal with Prejudice (the "Notice"), (ECF No. 59). This Court has reviewed the Notice and pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is:

**ORDERED AND ADJUDGED** that

1. This action is **DISMISSED WITH PREJUDICE** as to the named Plaintiff's individual claims.

2. This action is **DISMISSED WITHOUT PREJUDICE** as to any unnamed member of the alleged class.

3. All pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of October, 2023.

                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

Copies provided to: All Counsel of Record